**FILED**

## United States District Court
### EASTERN DISTRICT OF CALIFORNIA

SEP 1 2 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY CLERK

|  |  |
|---|---|
| United States of America ) <br> vs. ) <br> Nicole Perez ) <br> ) | Case No. <br> 1:11-cr-00269-AWI-2 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Nicole Perez_____, have discussed with _____Jacob Scott_____, Supervising Pretrial Officer, modifications of my release conditions as follows:

Add the following conditions: **The defendant shall participate in a cognitive behavioral treatment program as directed by the pretrial services officer. Such program may include group sessions led by a counselor or participation in a program administered by the pretrial services officer. Additionally, you may have contact with co-defendant Mohammad Odeh, but may not discuss information related to the case unless in the presence of your attorney. All other previously ordered conditions, not in conflict with this order, shall remain in full force and effect.**

I consent to this modification of my release conditions and agree to abide by this modification.

_____  9/6/11            _____  9/6/11
Signature of Defendant          Date                Pretrial Services Officer          Date
Nicole Perez                                         Jacob Scott

I have reviewed the conditions and concur that this modification is appropriate.

_____                     9/7/11
Signature of Assistant United States Attorney       Date
Kimberly Sanchez

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                     9/9/11
Signature of Defense Counsel                        Date
Anthony Capozzi

### ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on  9/9/11
[ ] The above modification of conditions of release is *not* ordered.

_____                     9/9/11
Signature of Judicial Officer                       Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services