IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:11-CR-269 AWI-BAM |
|---|---|
| Plaintiff, | ORDER ON GOVERNMENT'S MOTION TO DISMISS INDICTMENT |
| v. | |
| NICOLE PEREZ | |
| Defendant. | |

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Indictment filed herein be dismissed against defendant NICOLE PEREZ in the interest of justice and with prejudice.

IT IS SO ORDERED.

Dated:  September 27, 2013                    _____
                                               SENIOR DISTRICT JUDGE

"[CLICK & Type Pleading name]"                    1